IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAURA J. MILLER,

        Defendant.

4:14CR3035

**MEMORANDUM AND ORDER**

    Defendant has orally moved to continue the status conference, (filing no. 20), because the defendant needs additional time to pay restitution before proceeding with this case. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     Defendant's motion to continue, (filing no. 20), is granted.

2)     A telephonic status conference with the undersigned magistrate judge will be held on September 24, 2014 at 10:30 a.m. to discuss scheduling. The court will e-mail call-in instructions for the conference the day before.

3)     Based upon the representations of counsel, the Court further finds that the ends of justice will be served by further delaying the scheduling of trial; and those purposes outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and September 24, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

August 12, 2014.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge