IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LAURA J. MILLER,<br><br>　　　　　　　Defendant. | 4:14CR3035<br><br>ORDER |

The defendant will be participating in pretrial diversion.  The defendant therefore moves to continue the progression and trial of this case, and to set a status conference. (Filing No. 24).  Based on the showing set forth in the motion, the court finds the motion should be granted.  Accordingly,

1) The government's motion, (filing no. 24), is granted, and the status conference previously scheduled for October 16, 2014, is cancelled.

2) For the reasons set forth in the motion, the court finds the ends of justice served by granting the government's request to continue progression and trial of this case outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the completion of this matter, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7).

3) A status conference will be held before the undersigned magistrate judge on October 13, 2015 at 9:30 a.m..  Unless the court later orders otherwise, the defendant may, but need not attend the status conference. If the defendant attends, the status conference will be held in Courtroom 2, Federal Building,100 Centennial Mall North, Lincoln, Nebraska. If the defendant does not attend, the status conference will be held in chambers.

October 11, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge