IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3035 |
| vs. | ORDER |
| LAURA J. MILLER, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 29). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, with prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion To Dismiss Indictment (filing 29) is granted.

2. The indictment is dismissed as to defendant Laura J. Miller.

Dated this 16th day of October, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge